IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASEY FLOURNOY #B11561,                )
                                       )
            Plaintiff,                 )
                                       )
     v.                                )     No.  10 C 5254
                                       )
TERRY L. McCAIN, et al.,               )
                                       )
            Defendants.                )

MEMORANDUM OPINION AND ORDER

In response to the request contained in this Court's September 23, 2010 memorandum opinion and order, the Legal Services Unit at Stateville Correctional Center ("Stateville") has submitted a printout covering the transactions in the Casey Flournoy ("Flournoy") trust fund account for the relevant period in connection with his now-dismissed 42 U.S.C. §1983 action. This Court has made the calculation called for by 28 U.S.C. §1915(b)(1), which reflects average monthly deposits to Flournoy's account during the six-month period ended July 14, 2010 amounting to $22.35, 20% of which is $4.47.

Accordingly Flournoy is assessed an initial partial payment of $4.47 toward the $350 filing fee, and the Stateville trust fund officer is ordered to collect that amount from Flournoy's trust fund account and to pay it directly to the Clerk of Court ("Clerk"):

Office of the Clerk
                              United States District Court
                              219 South Dearborn Street
                              Chicago IL 60604

                    Attention:  Fiscal Department

Both that initial payment and all future payments called for in this memorandum order shall clearly identify Flournoy's name and the 10 C 5254 case number assigned to this action. To implement these requirements, the Clerk shall send a copy of this memorandum order to the Stateville trust fund officer.

After such initial payment, the trust fund officer at Stateville (or at any other correctional facility where Flournoy may hereafter be confined) is authorized to collect monthly payments from Flournoy's trust fund account in an amount equal to 20% of the preceding month's income credited to the account. Monthly payments collected from the trust fund account shall be forwarded to the Clerk each time the amount in the account exceeds $10 until the full $350 filing fee is paid.

                              _____
                              Milton I. Shadur
                              Senior United States District Judge

Date:  October 4, 2010