IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASEY FLOURNOY #B11561,          )
                                 )
                Plaintiff,       )
                                 )
        v.                       )      No.  10 C 5254
                                 )
TERRY L. McCAIN, et al.,         )
                                 )
                Defendants.      )

MEMORANDUM ORDER

On September 23, 2010 this Court issued its memorandum
opinion and order dismissing both the pro se 42 U.S.C. §1983
Complaint brought by Casey Flournoy ("Flournoy") and this action
as well.[1]  Now this Court has received from the Clerk's Office
Flournoy's handprinted Motion for Extension of Time ("Motion")
that had not been filed there until January 11, 2011, although
the Motion puzzlingly asks for an extension of time to
November 25, 2010.

Whatever the explanation for that odd timing may be, what is
clear is that Flournoy is not entitled to such a belatedly
requested extension to revive his dismissed lawsuit.  Accordingly
his Motion is denied.

_____
Milton I. Shadur
Senior United States District Judge
Date:  January 25, 2011

_____

[1]  When this Court later received the necessary information
as to transactions in Flournoy's trust fund account, it issued an
appropriate order calling for his payment of the $350 filing fee
in future installments.